CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 2 1 2016

JULIA C. DUDLEY, CLERK
BY: H McDonal
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### DANVILLE DIVISION

**UNITED STATES OF AMERICA**                 **Case No. 4:12-cr-00007-1**

**v.**                                                               **ORDER**

**RAPHAEL LAMAR PRICE,**                        **By:** **Hon. Jackson L. Kiser**
      **Petitioner.**                              **Senior United States District Judge**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

### ORDERED

that the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is

**DISMISSED** without prejudice as successive, a certificate of appealability is **DENIED**, and the

case is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion

to Petitioner.

ENTER: This ⟨1st⟩ day of June, 2016.

Senior United States District Judge