CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 2 9 2016

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:12-cr-00007-1 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RAPHAEL LAMAR PRICE, | ) | By: Hon. Jackson L. Kiser |
| Petitioner. | ) | Senior United States District Judge |

Raphael Lamar Price, a federal prisoner proceeding pro se, filed a motion for reconsideration after I dismissed his motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 without prejudice as successive. Petitioner had not demonstrated that the Court of Appeals for the Fourth Circuit authorized him to file a successive § 2255 motion based on Johnson v. United States, ___ U.S. ___, 135 S. Ct. 2551 (2015). Furthermore, none of Petitioner's arguments in the instant motion relieve him of his obligation to receive such certification. Accordingly, Petitioner's motion for reconsideration is **DENIED**. Petitioner's related motion to appoint counsel is **DENIED as moot**.

The Clerk shall send a copy of this Order to the parties.

It is so **ORDERED**.

ENTER: This 2̲9̲t̲h̲ day of June, 2016.

_Jackson L. Kiser_
Senior United States District Judge